IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2012 JUN 21  AM 10: 27

Warren Morgan )
)
)
vs. )      12-786
)
)
Delaware Department of Services for Children, Youth )
and Their Families )

### Civil Rights Complaint of ADA Discrimination/Retaliation

Plaintiff is Warren Morgan who is a Youth Rehabilitation Counselor II for the State of Delaware serving at Stevenson House Detention Center in 750 N. DuPont Hwy, Milford, DE 19963. Plaintiffs address is *3552 Carpenter Bridge Rd. Frederica, DE 19943.*

Defendant is Delaware Department of Services for Children, Youth and Their Families (hereinafter, DSCYF) located at *1825 Faulkland Rd. Wilmington, DE 19801.*

Plaintiff contends that he has been discriminated against because of his disability and retaliated against because of his past probable cause finding by the EEOC. He further implicates that he has been continually denied promotions by the department. In support of this allegation Plaintiff offers the following facts:

1.      The EEOC found probable cause for discrimination in Plaintiffs EEOC claims 17C-2006-00130C & 17C 2007 00526C which DSCYF was court ordered to remove Plaintiffs "wrongful termination" from personnel file.

2. In 2010 while Plaintiff's recent charge was under investigation an electronic transmission of Plaintiffs personnel file revealed that the document had not been removed as court ordered. DSCYF, HR Manager, who also participated in interviews for the supervisor positions continued to utilize the document in denying Plaintiffs opportunity for promotion.

3. Plaintiff supervisory qualifications were documented on his DD2 Form provided during the application process.

4. Plaintiff has earned "exceeds expectations" documenting exemplary performance throughout his employment with the State of Delaware.

It is for the reasons above that Plaintiff contends that he is a member of a protected group and continues to be Retaliated against in connection w/past discrimination claims of disability.

1

**WHEREFORE**, Plaintiff requests the granting of the following adjustments:

1. Rightful promotion to the position of supervisor.

2. Punitive damages equivalent to salary differential of Youth Rehabilitation Counselor II vs. Youth Rehabilitation Counselor Supervisor.

*[signature]*

DATED: JUNE 20, 2012

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Warren J. Morgan<br>3552 Carpenter Bridge Road<br>Felton, DE 19943 | From: | Cleveland Field Office<br>EEOC, AJC Fed Bldg<br>1240 E 9th St, Ste 3001<br>Cleveland, OH 44199 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2011-00024 | Maria M. Colón, Investigator | (216) 522-2250 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Daniel J. Cabot* (signature)

**Daniel Cabot,**
**Director**

MAR 2 3 2012
*(Date Mailed)*

Enclosures(s)

cc:     STATE OF DELAWARE/DSCYF

CROSSLAND & ASSOCIATES, LLC

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>17C-2011-00024 |
|---|---|---|

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Warren J. Morgan** | Home Phone (Incl. Area Code)<br>**(302) 335-3097** | Date of Birth<br>█████-1945 |
|---|---|---|

Street Address: **3552 Carpenter Bridge Road, Felton, DE 19943**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**STATE OF DE/DSCYF** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code) |
|---|---|---|

Street Address: **OMB/HRM/Labor Relations & Employment, 820 N. French St., Wilmington, DE 19801**

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: **03-14-2010** Latest: **10-07-2010**
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

**Jurisdiction:** This charge of discrimination relates back to October 13, 2010, when Charging Party asked DDOL to prepare and file an official charge of employment discrimination based on the information contained in this document. Charging Party has been employed by Respondent since 12/16/88, most recently as a Youth Rehabilitative Counselor II at Respondent's Stevenson House facility in Milford, DE. He has been denied promotion on several occasions, most recently on 10/07/10. Respondent employs more than 15 persons.

**Charging Party's protected class:** Retaliation

**Adverse employment action:** Denied promotion

**Brief statement of allegations:** Charging Party filed previous charges of discrimination (EEOC # 17C-2006-00130C and 17C-2007-00526C) alleging denial of promotion based on disability and retaliation. Both charges resulted in findings of probable cause. Charging Party has subsequently been denied promotion to Assistant Superintendent on 03/24/10 and to Supervisor on 03/14/10 and again on 10/10/10. Charging Party alleges he was as qualified, or more qualified, than the successful candidates for these positions but was denied promotion in retaliation for his previous charges of discrimination.

**Respondent's explanation:** A more qualified candidate was chosen.

**Applicable law(s):** The Americans With Disabilities Act; Delaware Handicapped Persons Employment Protection Act

**Comparator(s) or other specific reason(s) for alleging discrimination:** Daniel Bergeron and Wayne Taylor were selected as supervisors even though they have no college degree and less seniority than Charging Party. Karen McGee was selected as Assistant Superintendent despite having less relevant experience. Charging Party, despite meeting all qualifications for the Assistant Superintendent position, was not even granted an interview. Charging Party has no further statement at this time.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: **Nov 01, 2010**
Charging Party Signature: /s/ W. Morgan

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: /s/ W. Morgan

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): **Nov 01, 2010**